UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLUTION WORKS, LTD., an Illinois corporation, | Case No.  CV12-02932 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| KEYVAN TAHERI, an individual; and, BEHNAM SHOJAEE, an individual, | |
| Defendants. | |

The parties hereto having submitted their stipulation requesting that the Court enter judgment on the Second and Third Causes of Action in Plaintiff's Complaint,

The Court enters judgment in favor of Plaintiff, REVOLUTIONS WORKS, LTD., and against Defendant, KEYVAN TAHERI, in the sum of $157,826.03, said sum to bear interest at the rate of Ten Percent (10%) per annum until paid in full.  Each party bear his and/or its costs of suit and attorney's fees relative thereto.

Dated: May 13, 2013

_____
Percy Anderson
United States District Court Judge